NO. 29711

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN THE MATTER OF THE TAX APPEAL OF
ROBERTA JO MAHLER and ARNOLD N. MAHLER,
Petitioners/Plaintiffs-Appellants,

vs.

COUNTY OF HAWAI'I, REAL PROPERTY TAX DIVISION,
Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(TAX APPEAL CASE NO. 07-0105)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI AND
DENYING REQUESTS FOR RECONSIDERATION AND "MOTION FOR ORDER TO
PERMIT PETITIONERS' TO SUBMIT FOUR INDIVIDUAL SEPARATE
APPLICATIONS FOR WRIT OF CERTIORARI"
(By: Duffy, J., for the court[1])

Petitioners/plaintiffs-appellants Roberta Jo Mahler and

Arnold N. Mahler filed a second application for a writ of

certiorari on April 19, 2010. Petitioner Arnold N. Mahler

submitted five letters dated April 16, 2010, arguing, in sum,

that the application should be accepted. Petitioner Arnold N.

Mahler also filed a "Motion for Order to Permit Petitioners' to

Submit Four Individual Separate Applications for Writ of

Certiorari" on April 26, 2010. Petitioners' first application

for writ of certiorari was rejected on April 14, 2010, and the

matter may not be considered further. See Rule 40.1 of the

Hawai'i Rules of Appellate Procedure. Therefore,

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.

IT IS HEREBY ORDERED that the April 19, 2010, application for a writ of certiorari is hereby dismissed, and the five April 16, 2010, requests (letters) for reconsideration and April 26, 2010, motion are denied.

DATED: Honolulu, Hawai‘i, May 12, 2010.

FOR THE COURT:

*James E. Duffy, Jr.*

Associate Justice

